

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2019

No. 04-19-00768-CV

**IN THE INTEREST OF J.H.D.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-14326
Honorable David A. Canales, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, this appeal is DISMISSED for lack of jurisdiction.

It is so **ORDERED** on December 4, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2019.

_____
Michael A. Cruz, Clerk of Court